In the Matter of C. H. EARLE, Inc., Bankrupt, Globe Indemnity Company, Appellant.
No. 427.

Circuit Court of Appeals, Second Circuit.
May 29, 1933.

Ireland, Caverly & Hendrickson, of New York City (F. A. W. Ireland and Alexander Gangel, both of New York City, of counsel), for appellant.

Lewis, Marks & Kanter, of Brooklyn, N. Y. (Lloyd B. Kanter, of Brooklyn, N. Y., of counsel), for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Order (2 F. Supp. 15) affirmed on opinion below.

O. D. CLARK, Sheriff of Toole County, Montana, Appellant, v. John H. HAMILTON, Receiver of Sunburst Oil & Refining Co., et al.; Appellees.
No. 7224.

Circuit Court of Appeals, Ninth Circuit.
July 24, 1933.

Hall & McCabe, of Great Falls, Mont., for appellant.

Molumby, Busha & Greenan, of Great Falls, Mont., for appellees.

Before SAWTELLE, Circuit Judge, and NORCROSS, District Judge.

PER CURIAM.
Upon stipulation of counsel for the respective parties, ordered appeal herein dismissed; mandate forthwith.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. George DRUMHELLER, Respondent.
No. 7186.

Circuit Court of Appeals, Ninth Circuit.
June 7, 1933.

Sewall Key, Sp. Asst. to Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

John F. Watson, of Walla Walla, Wash., for respondent.

Before WILBUR, SAWTELLE and GARRECHT, Circuit Judges.

PER CURIAM.
Upon motion of counsel for petitioner, consented to by counsel for respondent, ordered petition to review dismissed; mandate forthwith.